﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/20 Archive Date: 12/31/20

DOCKET NO. 191227-58122
DATE: December 31, 2020

REMANDED

Service connection for left knee condition is remanded.

Service connection for right knee condition is remanded.

REASONS FOR REMAND

The Veteran had active service from July 1972 to May 1976.

A November 2019 rating decision denied the claims for service connection. The Veteran appealed the rating decision to the Board and requested the “hearing” lane. A videoconference hearing before the undersigned Veterans Law Judge was held at the RO in December 2020. Therefore, the Board may only consider the evidence of record at the time of the agency of original jurisdiction (AOJ) decision on appeal, as well as any evidence submitted by the Veteran at the hearing or within 90 days following the hearing. 38 C.F.R. § 20.302(a).

At the December 2020 Board hearing, the Veteran reported in-service injuries to the knees due to extensive stair climbing. He also reported receipt of disability benefits from the Social Security Administration (SSA). Based on the testimony, the Board finds remand is needed to request the SSA records and obtain a VA medical opinion as to the reported nexus between the knee disorders and service. 

The matters are REMANDED for the following action:

1. Undertake appropriate development to obtain a copy of any disability determination(s) for the Veteran and a copy of the records associated with any such determination(s), notably those associated with the application for SSA benefits. 

2. Schedule a VA examination (or telehealth interview, review of the record, etc. if an in-person examination is not feasible) to determine the nature and etiology of the knee disorders. 

The examiner should discuss whether it is at least as likely as not that a left or right disorder was incurred during service or is etiologically related to service. The examiner should explain the rationale for all opinions given with consideration of the evidence of traumatic injuries to the knees from motorcycle accidents after service.

If the examiner is unable to provide any required opinion, the examiner should explain why. If the examiner cannot provide an opinion without resorting to mere speculation, a complete explanation as to why this is so should be provided. If the inability to provide a more definitive opinion is the result of a need for additional information, the additional information that is needed should be identified. 

 

 

T. REYNOLDS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board N. Snyder, counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.